UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:12CR00132 SNLJ |
| | ) |
| ROBERT MICHAEL CHAMBERS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREB YORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#39), filed on June 3, 2013 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements (#28) be **DENIED**.

Dated this day 25th of June, 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE